UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
Hon. Matthew F. Leitman

**ORDER GRANTING IN PART AND GRANTING IN PART PLAINTIFF FORD MOTOR COMPANY'S EMERGENCY MOTION FOR PROTECTIVE ORDER (ECF #19)**

The parties having come before the Court on Plaintiff Ford Motor Company's Emergency Motion for Protective Order (*see* the "Motion," ECF #19), and the Court having heard oral argument from the parties on July 2, 2015, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1.    If and to the extent Defendant Versata Software, Inc. ("Versata") (or any of its agents) desires to interview any individuals not employed by Ford Motor Company ("Ford") who performed work for Ford on matters related to this litigation, Versata (or its agents) shall send the potential interviewee a letter stating its desire to conduct the interview and asking the potential interviewee if he or she agrees to be interviewed. Such a letter shall be delivered to the potential

1

interviewee not less than four business days before any proposed interview. The letter shall also:

    a.    Inform the interviewee that there is an on-going dispute between Versata and Ford;

    b.    Identify the author of the letter and whom the author represents;

    c.    Inform the interviewee that any interview is strictly voluntary and that the interviewee is free to consult with counsel prior to the interview and/or have counsel or other representation present during any interview;

    d.    Instruct the interviewee that if he or she is an employee of Ford, that he or she should not agree to an interview; and

    e.    Instruct the interviewee not to disclose any confidential information about Ford during any agreed-upon interview.

2.    If and to the extent Ford (or any of its agents) desires to interview any individuals not employed by Versata who performed work for Versata on matters related to this litigation, Ford (or its agents) shall send a letter to the potential interviewee stating its desire to conduct the interview and asking the potential interviewee if he or she agrees to be interviewed. Such a letter shall be delivered to the potential interviewee not less than four business days before any proposed interview. The letter shall also:

      a.    Inform the interviewee that there is an on-going dispute between Versata and Ford;

      b.    Identify the author of the letter and whom the author represents;

      c.    Inform the interviewee that any interview is strictly voluntary and that the interviewee is free to consult with counsel prior to the interview and/or have counsel or other representation present during any interview;

      d.    Instruct the interviewee that if he or she is an employee of Versata, that he or she should not agree to an interview; and

      e.    Instruct the interviewee not to disclose any confidential information about Versata during any agreed-upon interview.

3.    The Court does not intend the entry of this Order to be used, by any party, as either support for, or opposition to, any motion currently pending in *Versata Development Group, Inc. et al. v. Ford Motor Company*, 15-cv-00316 (E.D. Tex. 2015).

**IT IS SO ORDERED**.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
Dated: July 2, 2015                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2015, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                    Case Manager
                                                    (313) 234-5113