UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ford Motor Company,

      Plaintiff,                                      Case No. 15-cv-10628
                                                  Hon. Matthew F. Leitman

v.

Versata Software, Inc., f/k/a Trilogy
Software, Inc., Trilogy Development
Group, Inc. and Trilogy, Inc.,

      Defendants.

---

Ford Motor Company,

      Plaintiff,                                        Case No. 15-cv-11264
                                                  Hon. Matthew F. Leitman

v.

Versata Software, Inc., f/k/a Trilogy
Software, Inc., Trilogy Development
Group, Inc. and Trilogy, Inc.,

      Defendants.

---

## **JOINT STIPULATION TO CONSOLIDATE CASES**

      Plaintiff, Ford Motor Company ("Ford"), and Defendants, Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc. ("Versata"), collectively referred to herein as "the Parties," hereby stipulate and agree that the two related cases as listed above should be consolidated.

Case No. 15-11264 is being consolidated with Case No. 15-10628 because a substantial overlap exists between the Parties, the witnesses, and the underlying facts, and because the two cases were filed at approximately the same time, consolidation of the cases will simplify the proceedings and conserve judicial resources.

Nothing in this Stipulation shall impact the Parties' jurisdiction and venue disputes pending in motions before this District and the Eastern District of Texas.

Stipulated and agreed:

| BROOKS KUSHMAN P.C. | YOUNG & ASSOCIATES |
|---|---|
| /s/ John S. LeRoy | /s/ Rodger D. Young w/permission |
| John S. LeRoy (P61964) | Rodger D. Young (P22652) |
| Frank A. Angileri (P45611) | Jason D. Killips (P67783) |
| Chanille Carswell (P53754) | 27725 Stansbury Blvd., Suite 125 |
| John P. Rondini (P72254) | Farmington Hills, Michigan 48334 |
| Amy C. Leshan (P69328) | 248.353.8620 |
| 1000 Town Center, 22nd Floor | efiling@youngpc.com |
| Southfield, MI  48075 | |
| fangileri@brookskushman.com | Mr. Steven Mitby |
| jleroy@brookskushman.com | Ahmad Zavitsanos & Anaipakos |
| ccarswell@brookskushman.com | 1221 McKinney St. |
| jrondini@brookskushman.com | 3460 One Houston Center |
| aleshan@brookskushman.com | Houston, TX  77010-2009 |
| | smitby@azalaw.com |
| James P. Feeney | |
| Dykema Gossett PLLC | *Attorneys for Defendants* |
| 39577 Woodward Ave., Suite 300 | |
| Bloomfield Hills, MI  48304 | |
| jfeeney@dykema.com | |

*Attorneys for Plaintiff*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ford Motor Company,

          Plaintiff,

Case No. 15-cv-11624
Hon. Matthew F. Leitman

v.

Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,

          Defendants.

## ORDER TO CONSOLIDATE CASES

The above case was reassigned to the docket of the Honorable Matthew Leitman as a companion case to Case No. 15-10628. They involve common questions of law or fact.

**IT IS HEREBY ORDERED** that these cases are consolidated in accordance with Fed. R. Civ. P. 42(a).  ALL PLEADINGS ARE TO BE DOCKETED AS FOLLOWS:

2

| | |
|---|---|
| Ford Motor Company, | |
| Plaintiff, | Case No. 15-cv-10628 *(consolidated with Case No. 15-cv-11624)* |
| v. | Hon. Matthew F. Leitman |
| Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc., | |
| Defendants. | |

Case No. 15-cv-11624 is statistically DISMISSED.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113