UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER ON DEFENDANTS' MOTION TO EXTEND THE DATE TO FILE REPLY BRIEF AND FOR JURISDICTIONAL DISCOVERY (ECF #38)

On June 29, 2015, Defendants filed a motion to dismiss this action, or, in the alternative, to transfer this action to the Eastern District of Texas (the "Motion to Dismiss"). (*See* ECF #18.) Plaintiff Ford Motor Company ("Ford") filed a response to the Motion to Dismiss on July 27, 2015. (*See* ECF #31.) Defendants' reply brief in support of their Motion to Dismiss is currently due on August 10, 2015.

On August 6, 2015, Defendants filed a motion to extend the time to file their reply brief (the "Motion to Extend"). (*See* ECF #38.) In the Motion to Extend, Defendants also request that the Court allow them to conduct discovery on jurisdictional issues before filing their reply brief. (*See id.*)

1

Having conducted a preliminary review of the Motion to Extend, the Court orders as follows:

- Defendants are not required to file a reply brief in further support of the Motion to Dismiss by the previously-scheduled August 10 deadline;

- Ford shall file a response brief to Defendants' Motion to Extend by not later than **12:00 p.m. (noon) on Thursday, August 13, 2015**; and

- Defendants shall not file any reply brief in further support of the Motion to Extend.

The Court advises the parties that if it refuses to allow Defendants to conduct jurisdictional discovery (and the Court does not mean to imply that it yet has any inclination as to how it will rule), it will require Defendants to file their reply brief in support of the Motion to Dismiss within 48 hours of the Court's decision.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: August 7, 2015    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2015, by electronic means and/or ordinary mail.

s/A. Chubb for H. Monda
Case Manager
(810) 341-9764

2