UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

Case No. 15-cv-10628
Hon. Matthew F. Leitman

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS TO MODIFY THE COURT'S JULY 2, 2015, PROTECTIVE ORDER (ECF #29)

On June 30, 2015, Plaintiff Ford Motor Company ("Ford") filed an emergency motion for a protective order. (*See* ECF #19.) The Court held a hearing on Ford's motion on July 2, 2015. (*See* Dkt.) It thereafter issued an order granting Ford's motion in part and denying it in part (the "Order"). (*See* ECF #25.) Among other things, the Order provides:

> If and to the extent Defendant Versata Software, Inc. ("Versata") (or any of its agents) desires to interview any individuals not employed by Ford Motor Company ("Ford") who performed work for Ford on matters related to this litigation, Versata (or its agents) shall send the potential interviewee a letter stating its desire to conduct the interview and asking the potential interviewee if he or she agrees to be interviewed. Such a letter shall be delivered to the potential interviewee not less than four business days before any proposed interview.

1

(*Id.* at ¶1, Pg. ID 703-704.)  Versata initially accepted the Court's condition that it provide advance notice to a potential interviewee, but it has now filed a motion to amend the Order to eliminate that requirement.  (*See* ECF #29.)

For the reasons stated in Ford's response to Versata's motion (*see* ECF #37), the Court does not believe that the Order should be amended or that the advance-notice requirement should be eliminated.  Accordingly, **IT IS HEREBY ORDERED** that Versata's Motion to Amend (ECF #29) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113