UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,                      Case No. 15-cv-10628
                                      (*consolidated with Case No. 15-11624*)
v.                                     Hon. Matthew F. Leitman

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

**ORDER (1) TAKING DEFENDANTS' MOTION TO DISQUALIFY COUNSEL (ECF #74) UNDER ADVISEMENT, (2) GRANTING DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS (ECF #73), AND (3) GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANTS' SOURCE CODE (ECF #75)**

On March 16, 2016, the Court held a hearing on three motions: (1) Defendants' motion to disqualify the law firm of Brooks Kushman as counsel for third-party witnesses Manisha Tambe and Manoj Tambe (collectively, the "Tambes") (the "Motion to Disqualify") (*see* ECF #74); (2) Defendants' motion to compel the Tambes to comply with Defendants' subpoena ("Defendants' Motion to Compel") (*see* ECF #73); and (3) Plaintiff's motion to compel Defendants to produce certain source code ("Plaintiff's Motion to Compel") (*see* ECF #75).

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that:

1

- The Motion to Disqualify (ECF #74) is **TAKEN UNDER ADVISEMENT**;

- Defendants' Motion to Compel (ECF #73) is **GRANTED**; and

- Plaintiff's Motion to Compel (ECF #75) is **GRANTED.**

**IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: March 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2016, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113