# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FORD MOTOR COMPANY,**

    Plaintiff/Counter-Defendant,    Case No. 15-10628-MFL-EAS

v.    *(consolidated with Case No. 15-cv-11624)*

**VERSATA SOFTWARE, INC.,**    Hon. Matthew F. Leitman
**F/K/A TRILOGY SOFTWARE,**
**INC., ET AL.,**

    Defendants/Counter-Claimants.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

Having considered Plaintiff's Unopposed Motion to Exceed Page Limitation, and finding good cause thereof:

The Court GRANTS Plaintiff's motion for leave to file a Reply in Support of the Motion to Stay all Proceedings Pending *Inter Partes* Review that does not exceed eight (8) pages.

**IT IS SO ORDERED.**

                        /s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: June 30, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2016, by electronic means and/or ordinary mail.

                                                         s/Holly A. Monda
                                                         Case Manager
                                                         (313) 234-5113