UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER ON PENDING MOTIONS

On July 19, 2016, the Court held a hearing on two pending motions in this action: (1) Defendants' motion for leave to take additional depositions (the "Motion for Leave") (*see* ECF #107) and (2) Plaintiff's motion to stay all proceedings pending *inter partes* review (the "Motion to Stay") (*see* ECF #108.)

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that:

1. The Motion for Leave is **DENIED.**

2. The Motion to Stay is **DENIED WITHOUT PREJUDICE** to Plaintiff's ability to renew the motion when the Patent Trial and Appeal Board (the "PTAB") decides whether to grant Plaintiff's pending request for *inter partes* review. The parties shall promptly notify the Court once the PTAB issues its decision as to whether it will grant *inter partes* review,

and the Court will schedule a telephonic status conference to set a briefing schedule for a renewed motion if one is necessary.

Also before the Court are two preliminary injunction motions filed by Defendants on July 18, 2016: (1) a motion for preliminary injunction enjoining Plaintiff from seeking *inter partes* review with the PTAB (the "IPR Motion") (*see* ECF #125) and (2) a motion for preliminary injunction enjoining Plaintiff's use of Defendants' intellectual property (the "IP Motion") (*see* ECF #128). Plaintiff shall respond to the IPR Motion by no later than **August 3, 2016.** Defendants shall file a reply brief by no later than five days after Plaintiff files its response. Plaintiff shall respond to the IP Motion by no later than **August 17, 2016.** Defendants shall file a reply brief by no later than seven days after Plaintiff files its response.

**IT IS SO ORDERED**.

Dated: July 20, 2016

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113