UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL DISCOVERY (#169)

On November 30, 2016, the Court held a telephonic hearing on Defendants' Motion to Compel Discovery (the "Motion to Compel"). (*See* ECF #169.) At the beginning of the hearing, the parties confirmed that the only remaining issues in dispute with respect to the Motion to Compel were the number of document custodians whose e-mails would be subject to discovery and the number of search terms that would be used to identify and collect relevant e-mails.

For the reasons stated on the record during the hearing, **IT IS HEREBY ORDERED** that the Motion to Compel (ECF #169) is **GRANTED IN PART AND DENIED IN PART** as follows: Plaintiff shall search the e-mail of 20 document custodians using 20 search terms that Defendants shall provide. After Defendants provide their proposed search terms to Plaintiff, the parties shall meet

1

and confer if Plaintiff objects to any of the search terms as overbroad. If the parties cannot reach agreement on the terms, they shall notify the Court. In addition, should Defendants determine after conducting this initial round of electronic discovery that they require e-mails from additional document custodians, they may raise that issue with the Court at that time. In all other respects, the Motion to Compel is **DENIED**.

    **IT IS SO ORDERED**.

                                                   s/Matthew F. Leitman  
                                                   MATTHEW F. LEITMAN  
                                                   UNITED STATES DISTRICT JUDGE

Dated: November 30, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2016, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda  
                                                Case Manager  
                                                (313) 234-5113