# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **FORD MOTOR COMPANY,**<br><br>           Plaintiff,<br><br>v.<br><br>**VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC., TRILOGY DEVELOPMENT GROUP, INC. AND TRILOGY, INC.,**<br><br>           Defendants. | Case No. 15-10628-MFL-EAS<br>*(consolidated with Case No. 15-cv-11624)*<br><br>Hon. Matthew F. Leitman<br><br>**JURY TRIAL DEMANDED** |

## ORDER TO FILE CERTAIN PORTIONS OF DOCUMENTS UNDER SEAL

Upon review and consideration of Plaintiff Ford Motor Company's Motion to File Certain Portions of Documents Under Seal, the Court GRANTS the motion.

Ford can file a redacted version of its Motion to Compel, Declaration and exhibits, and an unredacted version of those documents under seal.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2016

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 27, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113