UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.

_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER ON STATUS CONFERENCE

On December 21, 2017, the Court held a telephonic status conference with counsel for all parties with respect to discovery and case management issues. In light of the discussion between the Court and counsel, **IT IS HEREBY ORDERED** as follows:

1. By not later than **January 12, 2018**, Ford shall file a motion to strike the reply report(s) of Dr. Malek on the basis that the report(s) assert the trade secrets and patents at issue in this case against what has been referred to as PDO "R2." Versata shall file a response to Ford's motion to strike by not later than **January 19, 2018**, and Ford shall file a reply brief by no later than **January 25, 2018**. The Court will refer Ford's motion to strike to Special Master Larry Graham for a Report and Recommendation pursuant to Federal Rule of Civil Procedure 53 and the Order Appointing Special Master (ECF #230). Mr. Graham shall issue a Report and Recommendation on Ford's motion without requiring the parties to

1

submit preliminary letter briefs or issuing a preliminary ruling as the Order Appointing Special Master requires. He may hold a hearing on the motion if he determines such a hearing is required. The parties shall file any objections to Mr. Graham's Report and Recommendation no later than **1 week** after such a report is filed on this Court's docket. The non-objecting party shall respond to such an objection no later than **1 week** after an objection is filed.

2. The deadlines for filing dispositive motions and motions challenging experts are modified as follows:

    - Dispositive motions and motions challenging experts shall be due no later than **February 1, 2018**.

    - Responses to dispositive motions and motions challenging experts shall be due no later than **March 8, 2018**.

    - Replies to dispositive motions and motions challenging experts shall be due no later than **March 28, 2018**.

3. Ford's summary judgment brief shall be no longer than **55 pages**. Versata's response to Ford's motion shall be no longer than **55 pages**. Ford's reply in support of its summary judgment motion shall be no longer than **20 pages**.

    **IT SO ORDERED**.

Dated: December 21, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (810) 341-9764