UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER REFERRING PLAINTIFF'S MOTION TO STRIKE (ECF #328)

On January 12, 2018, Plaintiff Ford Motor Company filed a motion to strike the expert reports of Defendant Versata Software Inc.'s expert witnesses Drs. Malek and Shamos.[1] (*See* ECF #328.) Pursuant to the Court's December 21, 2017, Order (*see* ECF #326), the Court's Order Appointing Special Master (*see* ECF #230), and Federal Rule of Civil Procedure 53, the Court hereby **REFERS** Ford's motion to Special Master Lawrence Graham for a report and recommendation. In Mr. Graham's report, the Court asks him to, among other things, offer his

---

[1] Ford did not attach all of the exhibits to its motion on the Court's public docket, in part because some of these exhibits include confidential information. Within seven days of this Order, Ford shall file all of the exhibits to its motion to strike with the Court. To the extent any of the exhibits contain confidential information, Ford may file the confidential portions of those exhibits under seal, subject to a future review of their confidentiality by the Court.

1

recommendation with respect to whether PDO-R2 is accused in this action and whether PDO-R2 is relevant to Versata's claims.

**IT IS SO ORDERED**.

Dated: January 18, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 18, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764