# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | |
| Plaintiff/ Counter-Defendant, | **Case No. 15-10628-MFL-EAS** *(consolidated with Case No. 15-cv-11624)* |
| v. | **Hon. Matthew F. Leitman** |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,** | **JURY TRIAL DEMANDED** |
| Defendants/ Counter-Plaintiffs**.** | |

## ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL

**IT IS ORDERED** that in connection with the dispositive motions and motions challenging experts to be filed on February 1, 2018, the parties may file under seal certain exhibits and unredacted versions of their respective briefs.

**IT IS SO ORDERED.**

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated: January 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 31, 2018, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764