# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | **Case No. 15-10628-MFL-EAS** |
| Plaintiff/ Counter-Defendant, | *(consolidated with Case No. 15-cv-11624)* |
| v. | **Hon. Matthew F. Leitman** |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,** | **JURY TRIAL DEMANDED** |
| Defendants/ Counter-Plaintiffs**.** | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Defendant's Unopposed Motion of Withdrawal of Counsel. Having considered the Motion, the Court GRANTS the motion,

**IT IS HEREBY ORDERED** that Reed N. Smith and Jason M. Ballard are hereby withdrawn as counsel of record for the Defendants in this matter. The Clerk of the Court is DIRECTED to terminate any further ECF notices to Reed N. Smith and Jason M. Ballard in this action.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2018

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2018, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (810) 341-9764