UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| FORD MOTOR COMPANY, | § § | |
| Plaintiff/Counter-Defendant | § § | CASE NO. 15-10628-MFL-EAS |
| v. | § § § | (Consolidated with Case No. 15-11624-MFL-EAS) |
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., TRILOGY DEVELOPMENT GROUP, INC., AND TRILOGY, INC., | § § § § § | Hon. Matthew F. Leitman **JURY TRIAL DEMANDED** |
| Defendants/Counter-Plaintiffs. | § | |

___

**ORDER GRANTING DEFENDANTS' TRANSCRIPT REDACTION REQUEST**

Before the Court is Defendant's Transcript Redaction Request to redact portions of the transcript of the July 24, 2018 Motion Hearing (Dkt. #519). Versata has submitted a Redaction Request dated August 27, 2018, identifying eight portions of the transcript to be redacted. These portions related to discussion of Versata's financial information and trade secrets. Having considered the matter, the Court GRANTS the request.

**IT IS HEREBY ORDERED** that the Defendant's Transcript Redaction Request is **GRANTED** and the Court Reporter is directed to redact the portions of the transcript identified in Versata's Redaction Request form.

**IT IS FURTHER ORDERED** that the transcript of motions hearings held on July 24, 2018, at Docket #519 be sealed.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 18, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764