UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## **ORDER ON MOTION HEARING**

On December 19, 2018, the Court held a hearing on three pending motions in this action: (1) Plaintiff's "Request for Reconsideration of Order (Dkt. #534) Granting Defendants' Motion for Summary Judgment on Counts 4 and 5 of Ford's Complaint (Trade Secret Ownership)" (the "Reconsideration Motion") (*see* ECF #538), (2) Plaintiff's "Motion for Summary Judgment on Ford's Claim for Declaratory Judgment of No Copyright Infringement, and on Defendants' Copyright Infringement Claim" (the "Summary Judgment Motion") (*see* ECF #528), and Defendants' "Motion to Realign Parties" (the "Realignment Motion) (*see* ECF #546).

For the reasons stated on the record at the motion hearing, **IT IS HEREBY ORDERED** that:

1

- The Reconsideration Motion (ECF #538) is **DENIED**. However, Plaintiff may file a second motion for reconsideration, as described on the record at the motion hearing, by no later than **January 21, 2019**. Defendants shall file a response brief to Plaintiff's motion by no later than **February 11, 2010**. Plaintiff may file a reply brief by no later than **February 18, 2019**;

- The Summary Judgment Motion (ECF #528) is **TAKEN UNDER ADVISEMENT**; and

- The Realignment Motion is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: December 20, 2018   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764