UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC., *et al*,

    Defendants.

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT MOTIONS TO SET CALENDAR DATES (ECF ## 482, 571)

On May 5, 2018, and on December 14, 2018, the parties filed joint motions to set calendar dates for the remainder of this action. (*See* ECF ## 482. 571.) The Court has reviewed the motions and the parties' respective positions regarding the case calendar. Given the complex nature of this action, the time required for the Court to review, hold hearings, and rule on both currently-pending and forthcoming motions in this action (including multiple summary judgment motions), and in consideration of the other civil, criminal, and multi-district-litigation cases on the Court's docket, the Court concludes that the dates proposed by Plaintiff Ford Motor Company in the December 14, 2018, joint motion are the most appropriate calendar dates for the remainder of this action.

Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** the joint motions and adopts the following calendar dates:

1

| EVENT | DATE |
|---|---|
| Versata Opening Expert Reports re: PDO-R2 | **December 10, 2018** |
| Ford Responsive Expert Reports re: PDO-R2 | **February 5, 2019** |
| Versata Reply Expert Reports re: PDO-R2 | **February 19, 2019** |
| Close of Discovery (fact and expert) | **March 12, 2019** |
| Summary Judgment & *Daubert* Opening Briefs re: PDO-R2 | **April 2, 2019** |
| Summary Judgment & *Daubert* Response Briefs re: PDO-R2 | **April 23, 2019** |
| Summary Judgment & *Daubert* Reply Briefs re: PDO-R2 | **May 7, 2019** |
| Summary Judgment and *Daubert* Hearing re: PDO-R2 Issues | **At a time to be set by the Court** |
| Pretrial Disclosures | **July 2, 2019** |
| Motions *in Limine* | **July 23, 2019** |
| Motions *in Limine* Responses | **August 6, 2019** |
| Motions *in Limine* Replies | **August 13, 2019** |
| Joint Final Pretrial Order | **August 27, 2019** |
| Final Pretrial Conference | **At a time to be set by the Court** |
| Trial | **At a time to be set by the Court** |

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: January 8, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2019, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764