UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FORD MOTOR COMPANY,** § § Plaintiff/Counter-Defendant, § § v. § § **VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND VERSATA, INC.** § § § § Defendants/Counter-Plaintiffs. § § | Case No. 15-10628-MFL-EAS (Consolidated with Case No. 15-11264-MFL-EAS) Hon. Matthew F. Leitman JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND TIME
TO FILE *DAUBERT* BRIEFING**

Ford Motor Company ("Ford") and Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Versata, Inc. ("Versata") jointly seek an extension of time for the parties to file responses and replies to Ford's Motions to exclude the supplemental report of Versata's damages experts (Craig Elson and Chris Bokhart) and the declaration of Seth Krauss on apportionment (Dkt. Nos. 568, 573) due to recent health issues suffered by Mr. Krauss.

Mr. Krauss recently underwent major surgery and is still in the process of recovering, which is taking longer than anticipated. Versata requires Mr. Krauss' input in order to finalize its response to Ford's motion to exclude his declaration.

Moreover, Mr. Krauss wishes to participate in the preparation of the response to address the points raised by Ford.  Accordingly, the parties agreed to extend the *Daubert* briefing schedule against Mr. Krauss' declaration by one week.  Given the intertwined nature of Mr. Krauss' declaration with the supplemental damages report by Messrs. Elson and Bokhart, the parties also agreed to extend that Daubert briefing by one week.  With the Court's permission, this would put all three of Ford's Daubert motions on the same briefing schedule.  *See* January 17, 2019 Order granting Joint Motion for Extension of Time (Dkt. No. 586).

Thus, the parties respectfully request that the response deadline for Ford's *Daubert* motions against Messrs. Elson and Bokhart (Dkt. No. 568) and the declaration of Seth Krauss (Dkt No. 573) be extended to February 1, 2019 and the deadline for replies be set to February 15, 2019.

Dated: January 24, 2019

| | |
|---|---|
| **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.** | **BROOKS KUSHMAN P.C.** |

*/s/ Steven J. Mitby*  
Amir Alavi  
Texas Bar No. 00793239  
aalavi@azalaw.com  
Steven J. Mitby  
Texas Bar No. 24037123  
smitby@azalaw.com  
Scott W. Clark  
Texas Bar No. 24007003  
sclark@azalaw.com  
Iftikhar Ahmed  
Texas Bar No. 24064795  
iftiahmed@azalaw.com  
Jane Robinson  
Texas Bar No. 24062970  
jrobinson@azalaw.com  
Kyung (Drew) Kim  
Texas Bar No. 24007482  
dkim@azalaw.com  
Kyril Talanov  
Texas Bar No. 24075139  
ktalanov@azalaw.com  
Masood Anjom  
Texas Bar No. 24055107  
manjom@azalaw.com  
Michael McBride  
Texas Bar No. 24065700  
mmcbride@azalaw.com  
Matthew Caldwell  
Michigan State Bar No. P79462  
mcaldwell@azalaw.com  
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**  
1221 McKinney Street, Suite 2500  
Houston, TX 77010

*/s/ John S. LeRoy*  
John S. LeRoy  
jleroy@brookskushman.com  
Thomas A. Lewry  
tlewry@brookskushman.com  
Christopher C. Smith  
csmith@brookskushman.com  
Chanille Carswell  
ccarswell@brookskushman.com  
John P. Rondini  
jrondini@brookskushman.com  
Jonathan D. Nikkila  
jnikkila@brookskushman.com  
Amy Leshan  
aleshan@brookskushman.com  
**BROOKS KUSHMAN, P.C.**  
1000 Town Center, 22nd Floor  
Southfield, Michigan 48075  
Tel.: (248) 358-4400  
Fax: (248) 358-3351

James P. Feeney  
**DYKEMA GOSSETT, PLLC**  
39577 Woodward Ave., Suite 300  
Bloomfield Hills, MI  48304  
Tel.: (248) 203-0841  
jfeeney@dykema.com

Telephone: 713-655-1101
Facsimile: 713-655-0062

Daniel K. Webb
DWebb@winston.com
Matthew R. Carter
MCarter@winston.com
**WINSTON & STRAWN, LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Facsimile (312) 558-5700

Jaye Quadrozzi
Rodger D. Young
efiling@youngpc.com
**YOUNG & ASSOCIATES**
27725 Stansbury Blvd., Suite 125
Farmington Hills, Michigan 48334
Telephone: 248-353-8620

**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FORD MOTOR COMPANY,** § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | Case No. 15-10628-MFL-EAS |
| v. § | |
| § | (Consolidated with |
| **VERSATA SOFTWARE, INC. f/k/a** § | Case No. 15-11264-MFL-EAS) |
| **TRILOGY SOFTWARE, INC.,** § | |
| **VERSATA DEVELOPMENT** § | Hon. Matthew F. Leitman |
| **GROUP, INC., AND VERSATA, INC.** § | |
| § | JURY TRIAL DEMANDED |
| Defendants/Counter-Plaintiffs. § | |
| § | |

## **PROOF OF SERVICE**

Steven J. Mitby certifies that on January 24, 2019, he served the above Motion and this Proof of Service upon all counsel of record via electronic filing.

I declare under the penalty of perjury that the statements made above are true to the best of my knowledge, information, and belief.

                                                */s/ Steven J. Mitby*
                                                **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
                                                Steven J. Mitby
                                                1221 McKinney, Suite 2500
                                                Houston, Texas 77010
                                                (713) 655-1101 (Phone)