UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,                           Case No. 15-cv-10628
                                       (*consolidated with Case No. 15-11624*)
v.                                   Hon. Matthew F. Leitman

VERSATA SOFTWARE, INC. *et al.*

    Defendants.

_____/

## ORDER REQURING THE PARTIES TO ATTEND MEDIATION SESSIONS WITH THE HONORABLE GERALD E. ROSEN

In this action, the parties have previously attended mediation sessions with the Honorable Gerald E. Rosen (Ret.), the former Chief Judge of this Court. The Court concludes that additional mediation sessions with Judge Rosen could be valuable in helping the parties settle this action.

Accordingly, **IT IS HREBY ORDERED** that the parties shall attend additional mediation sessions with the Honorable Gerald E. Rosen. The format, dates, and total number of mediation sessions shall be determined by Judge Rosen at his discretion (after consultation with the parties). The parties shall have appropriate business representative(s) with **full** settlement authority attend each mediation session. Finally, the participants in each mediation session shall be

1

approved in advance by Judge Rosen, after consultation with the parties, to ensure that appropriate representatives with full settlement authority attend each session.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764