# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** <br><br> Plaintiff/ <br> Counter-Defendant, <br><br> v. <br><br> **Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,** <br><br> Defendants/ <br> Counter-Plaintiffs. | **Case No. 15-10628-MFL-EAS** <br> *(consolidated with Case No. 15-cv-11624)* <br><br> **Hon. Matthew F. Leitman** <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN CALENDAR DATES

Before the Court is the parties' joint motion to modify certain calendar dates. Having considered the matter, the Court GRANTS the Motion and adopts the following schedule:

| EVENT | DATE |
|---|---|
| Ford's claim construction brief regarding "extending" and "removing" limitations of the '080 patent (not to exceed 10 pages) (if Ford granted leave to file briefing). | July 22, 2019 |

| | |
|---|---|
| Motions *in limine* ("MIL"). Each side may file one consolidated motion, not to exceed 25 pages. | July 25, 2019 |
| Pretrial Disclosures | August 1, 2019 |
| Versata's response to Ford's claim construction brief (not to exceed 10 pages) (if Ford granted leave to file briefing). | August 12, 2019 |
| Supplemental MILs. Each side may file up to 10 pages based on new issues raised in the other side's pretrial disclosures. The parties shall meet and confer before filing any supplemental MILs. | August 14, 2019 |
| MIL Responses (not to exceed 25 pages).<br><br>Ford's reply claim construction brief(not to exceed 5 pages) (if Ford granted leave to file briefing). | August 20, 2019 |
| Objections to pretrial disclosures | August 27, 2019 |
| Responses to supplemental MILs. | August 28, 2019 |
| Summary Judgment and Daubert Hearing re: PDO-R2 Issues<br><br>Proposed claim construction hearing re: '080 patent (if Ford granted leave to file briefing). | August 28, 2019 at 9:30 a.m. |
| Deposition designations: objections to counter designations / provide counter-counter designations | September 3, 2019 |
| Joint Final Pretrial Order | September 26, 2019 |

| | |
|---|---|
| Parties to submit Joint Bench Book, including jury instructions and verdict form, and courtesy copy of exhibit binders (see Dkt. No. 295) | October 8, 2019 |
| Final Pretrial Conference | October 15, 2019 at 9:30 a.m. |
| Trial | November 5, 2019 at 9:00 a.m. |

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764