# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Ford Motor Company,**

    Plaintiff/
    Counter-Defendant,

v.

**Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,**

    Defendants/
    Counter-Plaintiffs.

Case No. 15-10628-MFL-EAS
*(consolidated with Case No. 15-cv-11624)*

Hon. Matthew F. Leitman

JURY TRIAL DEMANDED

## ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN CALENDAR DATES

Before the Court is the parties' joint motion to modify certain calendar dates. Having considered the matter, the Court GRANTS the Motion and adopts the following schedule:

| EVENT | DEADLINE |
|---|---|
| Motions *in limine* ("MIL"). Each side may file one consolidated motion, not to exceed 25 pages. | August 1 |
| Pretrial Disclosures | August 8 |

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764