## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | **Case No. 15-10628-MFL-EAS** |
| Plaintiff/ Counter-Defendant, | *(consolidated with Case No. 15-cv-11624)* |
| v. | **Hon. Matthew F. Leitman** |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,** | **JURY TRIAL DEMANDED** |
| Defendants/ Counter-Plaintiffs**.** | |

## JOINT MOTION TO
## MODIFY CALENDAR DATES

Ford Motor Company ("Ford") and Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc. ("Versata") jointly seek leave to request the following modifications to the pretrial calendar to permit the parties and the Court to address the motions permitted in the Court's August 8, 2019 Order (Dkt. #687). Because the motions permitted in the Court's Order, if granted in whole or in part, are likely to have a material impact on the scope of the claims, witnesses and evidence in this case, modifying the pretrial calendar as

proposed will avoid investing significant party and Court resources on pretrial matters rendered moot by the motions permitted in the Court's August 8, 2019 Order.

Accordingly, the parties propose the following modifications:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Pretrial Disclosures | August 8 | August 15 |
| Supplemental MILs.  Each side may file up to 10 pages based on new issues raised in the other side's pretrial disclosures.  The parties shall meet and confer before filing any supplemental MILs. | August 14 | August 28 |
| MIL Responses (not to exceed 25 pages). | August 20 | September 4 |
| Objections to pretrial disclosures | August 27 | September 10 |
| Responses to supplemental MILs. | August 28 | September 11 |
| Summary Judgment and Daubert Hearing re: PDO-R2 Issues

Proposed claim construction hearing re: '080 patent (if Ford granted leave to file briefing and Court does not refer issue to Special Master). | August 28 | September 11 |
| Deposition designations: objections to counter designations / provide counter-counter designations | September 3 | September 17 |
| Joint Final Pretrial Order | September 26 | |
| Parties to submit Joint Bench Book, including jury instructions and verdict form, and courtesy copy of exhibit binders (see Dkt. No. 295) | October 8 | |

| Final Pretrial Conference | October 15 | |
| Trial | November 5 | |

Dated:  August 9, 2019

**BROOKS KUSHMAN P.C.**                **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**

  */s/ John S. LeRoy*
John S. LeRoy (P61964)
Thomas A. Lewry (P36399)
Jonathan D. Nikkila (P75666)
Christopher C. Smith (P73936)
1000 Town Center, 22nd Floor
Southfield, MI  48075
Tel.: 248-358-4400
jleroy@brookskushman.com
tlewry@brookskushman.com
jnikkila@brookskushman.com
csmith@brookskushman.com

James P. Feeney (P13335)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304
Ph: 248-203-0841
jfeeney@dykema.com

*Attorneys for Plaintiff*

  */s/Kyung (Drew) Kim (w/permission)*
Amir Alavi
aalavi@azalaw.com
Scott W. Clark
sclark@azalaw.com
Jane Robinson
jrobinson@azalaw.com
Kyung (Drew) Kim
dkim@azalaw.com
Kyril Talanov
ktalanov@azalaw.com
Masood Anjom
manjom@azalaw.com
Michael McBride
mmcbride@azalaw.com
Matthew Caldwell
mcaldwell@azalaw.com
1221 McKinney St.
3460 One Houston Center
Houston, TX  77010-2009

Steven J. Mitby
**SEILER MITBY, PLLC**
2700 Research Forest Drive, Suite 100
The Woodlands, Texas 77381
Ph.: 281-419-7770
smitby@seilermitby.com

3

Daniel K. Webb
DWebb@winston.com
Matthew R. Carter
MCarter@winston.com
**WINSTON & STRAWN, LLP**
35 W. Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Sharoon Saleem
**JONES & SPROSS, PLLC**
Sharoon.saleem@jonesspross.com
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732-2437

Jaye Quadrozzi
Rodger D. Young (P22652)
**YOUNG & ASSOCIATES**
27725 Stansbury Blvd., Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com

*Attorneys for Defendants*

4