# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, § | |
| § | |
| Plaintiff, § | Case No. 15-10628-MFL-EAS |
| § | |
| v. § | (Consolidated with |
| § | Case No. 15-11264-MFL-EAS) |
| VERSATA SOFTWARE, INC. § | |
| *et al.*, § | Hon. Matthew F. Leitman |
| § | |
| Defendants. § | JURY TRIAL DEMANDED |

## ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL

Upon review and consideration of Versata's Motion to File its Motion for Leave to File Motion to Reconsider Under Seal, the Court GRANTS the motion.

Versata publicly may file redacted versions of certain exhibits to and portions of its Motion for Leave to File Motion to Reconsider, and under seal may file unredacted versions of those documents.

**IT IS SO ORDERED.**

                                         /s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: August 21, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2019, by electronic means and/or ordinary mail.

                                                                         s/Holly A. Monda
                                                                         Case Manager
                                                                         (810) 341-9764