# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | **Case No. 15-10628-MFL-EAS** *(consolidated with Case No. 15-cv-11624)* |
| Plaintiff/ Counter-Defendant, | |
| v. | **Hon. Matthew F. Leitman** |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,** | **JURY TRIAL DEMANDED** |
| Defendants/ Counter-Plaintiffs**.** | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND BRIEFING SCHEDULE REGARDING THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER (DKT. 725)

Before the Court is the parties' joint motion requesting leave to amend the briefing schedule relating to the Special Master's R&R. Having considered the matter, the Court GRANTS the Motion. Ford's 10-page Objection to the R&R (attached as Ex. A to the motion for leave) is due March 4, 2020. Versata's 10-page Response to Ford's Objection and Motion to Adopt the R&R shall be due March 19, 2020 and Ford's reply shall be due March 26, 2020.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 5, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
