UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR A STATUS HEARING AND FOR THE ENTRY OF A SCHEDULING ORDER (ECF No. 753)

On May 8, 2020, Defendants Versata Software, Inc., Versata Development Group, Inc., and Trilogy, Inc. (collectively, "Versata") filed a motion in which Versata requested that the Court (1) "schedule a status hearing in this case for the parties to resolve certain scheduling issues" and (2) "enter a scheduling order for the parties to complete the limited pretrial work that remains before the October 6, 2020 trial date." (Mot., ECF No. 753, PageID.55306.)

The motion is **GRANTED** to the extent that Versata requested a status conference but **DENIED** to the extent that Versata sought entry of a scheduling order. The Court held the requested status conference on May 14, 2020. (*See* Notice, ECF No. 754.) For the reasons explained on the record during that conference, due to the ongoing COVID-19 pandemic, the Court declines to enter a scheduling order

1

at this time and **ADJOURNS** the currently scheduled October 6, 2020, trial date. The Court will enter a revised scheduling order and reset this matter for trial as soon as it is practicable to do so.

**IT IS SO ORDERED**.

Dated: May 14, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764