UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** *Plaintiff/ Counter-Defendant,* v. **Versata Software, Inc.,** *et al.,* *Defendants/ Counter-Plaintiffs***.** | **Case No. 15-10628-MFL-EAS** *(consolidated with Case No. 15-cv-11624)* **Hon. Matthew F. Leitman** **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Ford Motor Company ("Ford") seeks an extension of time to file its response to Defendants' Motion for Leave to Serve Amended Expert Report (Dkt. #760) from Friday, October 2, 2020, to Friday, October 9, 2020.

Pursuant to L.R. 7.1, Ford has conferred with Defendants' counsel regarding the relief sought in this motion and Defendants do not oppose the relief requested.

Respectfully submitted,

Dated:  October 2, 2020

By: /s/ John S. LeRoy
John S. LeRoy (P61964)
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel.: 248-358-4400 / Fax: 248-358-3351
jleroy@brookskushman.com



James P. Feeney (P13335)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304
Ph: 248-203-0841
jfeeney@dykema.com

*Attorneys for Plaintiff, Ford Motor Company*

