UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.

_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

### ORDER TERMINATING MOTIONS IN LIMINE (ECF Nos. 732, 735) WITHOUT PREJUDICE

On March 12, 2020, Plaintiff Ford Motor Company and Defendants Versata Software Inc., Versata Development Group, Inc. and Trilogy Inc. (collectively, "Versata") each filed a motion *in limine* in this action. (*See* Ford Mot., ECF No. 732; Versata Mot., ECF No. 735.) Since the filing of those motions, there have been significant developments in this case. Among other things, the Court has allowed Versata to file a supplemental expert report and has permitted the parties to conduct additional expert discovery. (*See* Order, ECF No. 771.) That discovery may result in additional motion practice. (*See id.*) In addition, due to the COVID-19 pandemic, the Court has temporarily suspended all jury trials in this district and adjourned all dates in this action. And while the Court will schedule this case for trial at the first available opportunity, it does not know when it will be able to do so.

1

Accordingly, because developments in the case since the motions *in limine* were first filed may necessitate revisions and/or supplements to those motions, the Court will **TERMINATE** the motions **WITHOUT PREJUDICE**. Following the completion of the additional expert discovery that the parties are currently conducting, and once the Court is in a better position to provide firm dates for a pre-trial conference and trial, the Court will hold a status conference with the parties to discuss a schedule for filing renewed motions *in limine*.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764