UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,**<br><br>   Plaintiff/<br>   Counter-Defendant,<br>v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,**<br><br>   Defendants/<br>   Counter-Plaintiffs.| **Case No. 15-10628-MFL-EAS**<br>*(consolidated with Case No. 15-cv-11624)*<br><br>**Hon. Matthew F. Leitman**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING VERSATA'S MOTION TO REDACT TRANSCRIPT

Pending before the court is Plaintiff Versata Software, Inc.'s Motion to Redact the September 28, 2021 "Motion to Compel Identity of Asserted 'Combination' Trade Secrets" Transcript (Dkt. 789). Having fully considered the matter, the Court GRANTS the motion.

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2021, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764