UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,                         Case No. 15-cv-10628
                                       (*consolidated with Case No. 15-11624*)
v.                                   Hon. Matthew F. Leitman

VERSATA SOFTWARE, INC. *et al.*

    Defendants.
_____/

## **ORDER CONFIRMING TRIAL SCHEDULE**

On December 10, 2021, the Court held a video status conference with counsel to discuss a trial schedule in this matter. Following that conference, the Court conferred with the Court's Jury Department and confirmed that trial will begin on **Wednesday, March 2, 2022**. The schedule shall be as follows:

- Motions in limine to be filed by no later than **January 5, 2022**;

- Responses to motions in limine to be filed no later than **January 18, 2022**;

- Final Pre-Trial Conference and hearing on motions in limine to be held, in person, in the Detroit Courthouse, on **Friday, February 4, 2022 at 9:30 a.m.**;

- Trial to commence on **Wednesday, March 2, 2022 at 9:00 a.m.**

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
Dated: December 13, 2021          UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764