UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

      Plaintiff,                       Case No. 15-cv-10628
                                         (*consolidated with Case No. 15-11624*)
v.                                      Hon. Matthew F. Leitman

VERSATA SOFTWARE, INC. *et al.*

      Defendants.

_____/

## ORDER FOR MEDIATION

With a firm trial date having been set in this matter (*See* Order, ECF No. 796), the Court concludes that it would be prudent for the parties to make a renewed effort to resolve this case. To that end, the Court orders that the parties undertake a renewed mediation effort with the Honorable Gerald E. Rosen (Ret.), the former chief judge of this Court, who has presided at previous mediation sessions with the parties. After consultation with counsel, Judge Rosen is empowered to make the following determinations regarding the mediation: (i) the format, (ii) number of sessions, (iii) the appropriate persons, aside from counsel, from each side who must attend, it being understood that such representatives must include persons with full settlement authority, (iv) the location, and (v) date(s).  **IT IS SO ORDERED**.

                           s/Matthew F. Leitman_____
                           MATTHEW F. LEITMAN
Dated:  December 13, 2021       UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764