UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.

_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

## ORDER ADJOURNING TRIAL SCHEDULE
## AND ADDRESSING FUTURE TRIAL SCHEDULE

On December 13, 2021, the Court set a March 2, 2022, trial date in this action. (*See* Order, ECF No. 796.) It also set a schedule for the briefing of motions in limine and for a Final Pre-Trial Conference. (*See id.*)

On December 20, 2021, counsel for both parties jointly contacted the Court by email and requested an adjournment of the scheduled trial date. Counsel told the Court that they could not proceed to trial on March 2, 2022, due to irreconcilable scheduling conflicts of critical expert witnesses and the parties' lead trial counsels.

The Court held a status conference with counsel to discuss the trial schedule on December 22, 2021. As discussed with counsel, the Court hereby **ADJOURNS** the previously-scheduled dates for (1) the briefing of motions in limine, (2) the Final Pre-Trial Conference, and (3) the March 2, 2022, trial date. Trial will not proceed on March 2, 2022.

1

As the Court explained to counsel on the record, the next available trial date will be assigned by an administrative committee of the Court. The Court will most likely be informed of that trial date in the first 60-to-90 days of 2022. As the Court stressed to counsel, it does not have any flexibility to pick a particular trial date for this matter (or any civil matter) that will be most convenient for the parties, witnesses, and counsel. As the Court further explained during the status conference, with respect to the next-assigned trial date, this case will proceed to trial on that date regardless of any scheduling conflicts that may exist with the parties' counsel or witnesses. The parties should therefore have multiple lead trial counsels prepared to try the case on that date and be prepared to present witness testimony by video if witnesses have scheduling conflicts that prevent them from testifying live at trial.

As soon as the Court is informed of the next-available trial date, it will so inform counsel and schedule a video status conference to discuss a schedule for motions in limine and the Final Pre-Trial Conference.

**IT IS SO ORDERED**.

Dated: December 22, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (810) 341-9764