UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

VERSATA SOFTWARE, INC. *et al.*

    Defendants.

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 818)

On May 25, 2022, Ford Motor Company filed a motion for reconsideration of the Court's May 11, 2022, order denying Ford's motion *in limine* to preclude Versata Software, Inc., Trilogy Development Group, Inc., and Trilogy, Inc. (collectively, "Versata") from offering argument, testimony, or other evidence of contract damages at trial. (*See* Order, ECF No. 817; Ford Mot., ECF No. 818.) The Court has carefully reviewed the motion and Versata's response, and the Court concludes that Ford has not satisfied the standards for reconsideration set forth in Local Rule 7.1(h)(2)(A)-(C). Moreover, Ford has not persuaded the Court that it necessarily misread or misinterpreted footnote 11 of Dr. Craig Elson and Christopher Bokhart's 2018 expert report or that it erred in any of the other ways identified by Ford in the motion for reconsideration. The Court remains convinced that (1) Versata's disclosures, although imperfect, were sufficient to put Ford on notice of Versata's

1

damages theory and (2) the remainder of Ford's arguments sound in summary judgment and are not properly presented in a motion *in limine*. For all of these reasons, Ford's motion for reconsideration (ECF No. 818) is **DENIED**.

**IT IS SO ORDERED**.

Dated: June 13, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126