# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | |
| Plaintiff/ Counter-Defendant, | Case No. 15-10628-MFL-EAS *(consolidated with Case No. 15-cv-11624)* |
| v. | Hon. Matthew F. Leitman |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,** | JURY TRIAL DEMANDED |
| Defendants/ Counter-Plaintiffs | |

## NOTICE OF SUPPLEMENTAL AUTHORITY BY FORD MOTOR COMPANY

Ford Motor Company cites, as supplemental authority in support of Ford's Opposition (ECF No. 835) to Versata's Motion regarding combinations (ECF No. 820), and Ford's Opposition (ECF No. 844) to Versata's 2nd Amended Omnibus Motion *In Limine* No. 2 (ECF No. 833, Page ID 57455-59), the California Superior Court's decision in *TSMC, N. Am. v. SMIC Ams.*, decided August 8, 2008 (copy attached as Ex. A, highlighted).

                                        Respectfully submitted,

Dated: August 3, 2022        By: /s/ Thomas A. Lewry
                                        John S. LeRoy (P61964)
                                        Thomas A. Lewry (P36399)
                                        Christopher C. Smith (P73936)
                                        Reza Roghani Esfahani (P83787)
                                        1000 Town Center, 22nd Floor
                                        Southfield, MI  48075
                                        Tel.: 248-358-4400 / Fax: 248-358-3351
                                        jleroy@brookskushman.com
                                        tlewry@brookskushman.com
                                        csmith@brookskushman.com
                                        resfahani@brookskushman.com

                                        James P. Feeney (P13335)
                                        **DYKEMA GOSSETT PLLC**
                                        39577 Woodward Ave, Suite 300
                                        Bloomfield Hills, MI 48304
                                        Ph: 248-203-0841
                                        jfeeney@dykema.com

                                        *Attorneys for Plaintiff, Ford Motor Company*