UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc., and Trilogy, Inc.,**<br><br>*Plaintiffs*<br>v.<br><br>**Ford Motor Company,**<br><br>*Defendant*. | Case No. 15-10628-MFL-EAS *(consolidated with Case No. 15-cv-11624)*<br><br>Hon. Matthew F. Leitman<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING FORD'S UNOPPOSED MOTION FOR LEAVE TO TAKE *DE BENE ESSE* DEPOSITION OF MR. MARTIN PIPOLY

Upon review and consideration of Ford Motor Company's Unopposed Motion for Leave to take *de bene esse* deposition of Mr. Martin Pipoly, the Court GRANTS the motion.

**IT IS HEREBY ORDERED** that Ford's Unopposed Motion for Leave to Take *de bene esse* Deposition of Mr. Martin Pipoly is **GRANTED**.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126