# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Ford Motor Company,** | **Case No. 15-10628-MFL-EAS** |
| Plaintiff/ Counter-Defendant, | *(consolidated with Case No. 15-cv-11624)* |
| v. | **Hon. Matthew F. Leitman** |
| **Versata Software, Inc., f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,** | **JURY TRIAL DEMANDED** |
| Defendants/ Counter-Plaintiffs. | |

## ORDER GRANTING VERSATA'S MOTION TO REDACT TRANSCRIPT

Pending before the court is Plaintiff Versata Software, Inc.'s Motion to Redact the August 4, 2022 Motions Hearing Transcript (Dkt. 867). Having fully considered the matter, the Court GRANTS the motion in light of the nature of the confidential information at issue.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
