UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc.,** | Case No. 15-10628-MFL-EAS *(consolidated with Case No. 15-cv-11624)* |
| *Plaintiffs/ Counter-Defendants*, | Hon. Matthew F. Leitman |
| v. | JURY TRIAL DEMANDED |
| **Ford Motor Company,** | |
| *Defendant/ Counter-Plaintiff.* | |

## ORDER OF DISMISSAL REGARDING PATENT CLAIMS

Plaintiffs and Counter-Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Trilogy, Inc. (collectively, "Versata") and Defendant and Counter-Plaintiff Ford Motor Company ("Ford"), have entered into a Stipulation to Dismiss Patent Infringement Claims as to United States Patent Nos. 5,825,651, 6,405,308, 6,675,294, 8,805,825, 7,200,582, 7,739,080, 7,464,064, 7,882,057 ("the patents-in-suit") and ask the Court to dismiss all such claims for relief. The Court, having considered this request, is of the opinion that it should grant their request for dismissal of all claims pertaining to the patents-in-suit.

IT IS ORDERED that all claims asserted by Versata against Ford pertaining to the patents-in-suit are dismissed with prejudice, and all claims by Ford against Versata pertaining to the patents-in-suit are dismissed without prejudice.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 3, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126