UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSATA SOFTWARE, INC. *et al.*,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11624*)
Hon. Matthew F. Leitman

### ORDER (1) GRANTING VERSATA'S MOTION TO SEAL THE COURTROOM (ECF No. 942) AND (2) TERMINATING VERSATA'S MOTION FOR CLARIFICATION (ECF No. 920)

On October 4, 2022, the Court heard argument on (1) Versata's motion to seal the courtroom (ECF No. 942) and (2) Versata's motion for clarification (ECF No. 920). For the reasons explained on the record, the motions are resolved as follows:

- Versata's motion to seal the courtroom (ECF No. 942) is **GRANTED** on the narrowest grounds possible, for the least amount of time possible. More specifically, the Court will seal the courtroom **only** when the technical details of the alleged combination trade secrets are being discussed by witnesses Seth Krauss, Dr. Sam Malek, and Monty Myers. If Versata believes that the courtroom needs to be sealed during the testimony of any other witness, it may make an offer of proof for why the courtroom needs to be sealed at that time.

- During the hearing, Versata orally withdrew its motion for clarification (ECF No. 920). Based on Versata's withdrawal of the motion, the Court **TERMINATES** the motion.

Dated: October 5, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 5, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126