# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc., and Trilogy, Inc.,** <br><br> Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> **Ford Motor Company,** <br><br> Defendants/ Counter-Plaintiffs. | Case No. 15-10628-MFL-EAS <br> *(consolidated with Case No. 15-cv-11624)* <br><br> Hon. Matthew F. Leitman <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING VERSATA'S *EX PARTE* MOTION TO FILE ITS TRIAL BRIEF REGARDING FORD'S CLAIMED IMPLEMENTATION OF DESIGN-AROUNDS AND EXHIBITS UNDER SEAL

Upon review and consideration of Versata's Motion to File Its Trial Brief Regarding Ford's Claimed Implementation of Design-Arounds and Exhibits Under Seal, the Court **GRANTS** the motion. Versata may publicly file redacted versions of these papers, and under seal may file unredacted versions of those documents.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2022

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
