# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc.** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Ford Motor Company,** <br><br> Defendant. | **Case No. 15-10628-MFL-EAS** <br> *(consolidated with Case No. 15-cv-11264)* <br><br> **Hon. Matthew F. Leitman** |

## STIPULATED BRIEFING SCHEDULE
## AND ORDER CLARIFYING CASE STATUS

The Court held a hearing in this matter via Zoom on Tuesday, May 16, 2023. During the hearing, the Court clarified that it did not intend its order (Dkt. 1054) on Ford's Rule 50(b) motion for judgment as a matter of law (Dkt. 1030) to act as a final judgment and that the Court intends to resolve Versata's outstanding motion for a permanent injunction or an ongoing royalty (Dkt. 1056) before entering any final judgment. The Court further requested that the parties submit an agreed briefing schedule on Versata's pending injunction motion. On that motion, the parties hereby agree to the below briefing schedule:

1

- Ford shall file a response to Versata's motion by no later than June 8, 2023.

- Versata shall file a reply by no later than June 22, 2023.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 31, 2023

Stipulated and agreed this 30th day of May, 2023, by:

| | |
|---|---|
| /s/ Matthew R. Carter | /s/ John S. LeRoy |
| Dan K. Webb | Thomas A. Lewry (P36399) |
| DWebb@winston.com | John S. LeRoy (P61964) |
| Matthew R. Carter | Christopher C. Smith (P73936) |
| MCarter@winston.com | Chanille Carswell (P53754) |
| Samuel M. Zuidema | Reza Roghani Esfahani (P83787) |
| SZuidema@winston.com | **BROOKS KUSHMAN P.C.** |
| **WINSTON & STRAWN LLP** | 1000 Town Center, 22nd Floor |
| 35 W. Wacker Drive | Southfield, MI 48075 |
| Chicago, IL 60601 | jleroy@brookskushman.com |
| Telephone: (312) 558-5600 | tlewry@brookskushman.com |
| | csmith@brookskushman.com |
| Steven J. Mitby | ccarswell@brookskushman.com |
| smitby@mitbylaw.com | resfahani@brookskushman.com |
| Timothy Johnson | |
| tjohnson@mitbylaw.com | James P. Feeney (P13335) |
| **MITBY PACHOLDER JOHNSON PLLC** | **DYKEMA GOSSETT PLLC** |
| | 39577 Woodward Ave, Suite 300 |
| Telephone: (713) 234-1446 | Bloomfield Hills, MI 48304 |
| | jfeeney@dykema.com |

Jaye Quadrozzi
**YOUNG, GARCIA & QUADROZZI, PC**
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620

Sharoon Saleem
**JONES & SPROSS, PLLC**
Sharoon.saleem@jonesspross.com
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732-2437

**ATTORNEYS FOR PLAINTIFFS VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND TRILOGY, INC.**

Jessica L. Ellsworth (D.C. Bar # 484170)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
jessica.ellsworth@hoganlovells.com

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF FORD MOTOR COMPANY**