UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,**

*Plaintiffs/Counter-Defendants*,

v.

**Ford Motor Company,**

*Defendant/Counter-Plaintiff.*

Case No. 15-cv-10628
*(consolidated with Case No. 15-cv-11264)*

Hon. Matthew F. Leitman

## ORDER MODIFYING THE COURT'S ORDER GRANTING FORD'S MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. 1054)

On May 1, 2023, this Court entered an Order resolving Ford's Rule 50(b) motion for judgment as a matter of law ("JMOL Order"). ECF No. 1054. The JMOL Order stated, "[t]he Court will therefore grant Ford judgment as a matter of law on Versata's trade secret claims." *Id.* at 49. The final paragraph of the JMOL Order provided that "[t]he Court will enter judgment in favor of Versata on its breach of contract claims in the amount of $3, and it will enter judgment against Versata on its trade secret claims." *Id.* at 50."

With the parties' consent, the Court hereby **MODIFIES** those two statements as follows (modifications underlined for identification):

- "The Court will therefore grant Ford judgment as a matter of law <u>as to damages</u> on Versata's trade secret claims," and

- "The Court will enter judgment in favor of Versata on its breach of contract claims in the amount of $3, and it will enter judgment <u>in favor of Versata on its claims for misappropriation of the Grid, Buildability, and Workspaces trade secrets in the amount of $0</u>."

Final judgment will be entered in a separate order.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 8, 2023

Consented to this 7th day of June 2023 by:

| */s/ Dan K. Webb* | */s/ John S. LeRoy* |
|---|---|
| Dan K. Webb | Thomas A. Lewry (P36399) |
| DWebb@winston.com | John S. LeRoy (P61964) |
| Matthew R. Carter | Christopher C. Smith (P73936) |
| MCarter@winston.com | Chanille Carswell (P53754) |
| Samuel M. Zuidema | Reza Roghani Esfahani (P83787) |
| SZuidema@winston.com | **BROOKS KUSHMAN P.C.** |
| **WINSTON & STRAWN LLP** | 1000 Town Center, 22nd Floor |
| 35 W. Wacker Drive | Southfield, MI 48075 |
| Chicago, IL 60601 | jleroy@brookskushman.com |
| Telephone: (312) 558-5600 | tlewry@brookskushman.com |
| | csmith@brookskushman.com |
| | ccarswell@brookskushman.com |
| | resfahani@brookskushman.com |

Steven J. Mitby
smitby@mitbylaw.com
Timothy Johnson
tjohnson@mitbylaw.com
**MITBY PACHOLDER JOHNSON PLLC**
Telephone: (713) 234-1446

Jaye Quadrozzi
**YOUNG, GARCIA, & QUADROZZI, PC**
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620

Sharoon Saleem
**JONES & SPROSS, PLLC**
Sharoon.saleem@jonesspross.com
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732-2437

**ATTORNEYS FOR PLAINTIFFS VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND TRILOGY, INC.**

James P. Feeney (P13335)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304
jfeeney@dykema.com

Jessica L. Ellsworth (D.C. Bar # 484170)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
jessica.ellsworth@hoganlovells.com

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF FORD MOTOR COMPANY**

3