# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,** | Case No. 15-10628-MFL-EAS *(consolidated with Case No. 15-cv-11264)* |
| *Plaintiffs/ Counter-Defendants*, | Hon. Matthew F. Leitman |
| v. | JURY TRIAL DEMANDED |
| **Ford Motor Company,** | |
| *Defendant/ Counter-Plaintiff.* | |

## ORDER GRANTING VERSATA'S
## UNOPPOSED MOTION TO REDACT TRANSCRIPT

Pending before the court is Plaintiff Versata Software, Inc.'s Unopposed Motion to Redact the March 31, 2023 "Motion for Judgment as a Matter of Law" Transcript (Dkt. 1065). Having fully considered the matter, the Court GRANTS the motion.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
