UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSATA SOFTWARE, INC. *et al.*,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.
_____/

Case No. 15-cv-10628
(*consolidated with Case No. 15-11264*)
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION TO REDACT TRIAL TRANSCRIPTS (ECF No. 1015)

In this action, Plaintiffs Versata Software, Inc., Trilogy Development Group, Inc., and Trilogy, Inc. (collectively, "Versata") brought breach of contract and trade secret misappropriation claims against Defendant Ford Motor Company. The case proceeded to trial. During trial, the Court granted Versata's motion to seal the courtroom and record during limited portions of the trial that related directly to the confidential and/or technical details of Versata's alleged combination trade secrets. (*See* Order, ECF No. 951.) Versata has now filed a motion to redact the portions of the trial transcripts that reveal the confidential and/or technical details of Versata's alleged combination trade secrets. (*See* Mot., ECF No. 1015.) Versata has also filed an exhibit to its motion identifying the portions of the trial transcripts that it seeks to redact. (*See* Ex. A. to Mot., ECF No. 1015-1.)

1

The Court agrees with Versata that the identified portions of the trial transcripts reveal confidential and/or technical information related to Versata's alleged combination trade secrets. Therefore, for the reasons further explained in Versata's motion, the Court **GRANTS** the motion. The portions of the transcripts identified in Exhibit A to Versata's motion shall be **REDACTED** from the public record.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
