UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company, et al.,

                     Plaintiff(s),

v.                                                Case No. 2:15−cv−10628−MFL−EAS
                                                Hon. Matthew F. Leitman

Versata Development Group,
Inc., et al.,

                     Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 207. The following motion(s) are ***rescheduled*** for hearing:

Motion for Permanent Injunction – #1056

- MOTION HEARING: October 2, 2023 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Holly A Ryan
                                                            Case Manager

Dated: September 15, 2023