UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSATA SOFTWARE, INC. *et al.*,

      Plaintiffs,                     Case No. 15-cv-10628
                                       (*consolidated with Case No. 15-11264*)
v.                                    Hon. Matthew F. Leitman

FORD MOTOR COMPANY,

      Defendant.

_____/

## ORDER GRANTING UNOPPOSED PENDING MOTIONS

Based on the stipulation of the parties (*see* ECF No. 1117), and for the reasons stated in the motions, **IT IS HEREBY ORDERED** that the unopposed motions pending at docket numbers 1081, 1084, 1087, 1110, and 1112 are **GRANTED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  November 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2023, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126