UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,** | Case No. 15-cv-10628 *(consolidated with Case No. 15-cv-11264)* |
| *Plaintiffs/ Counter-Defendants*, | Hon. Matthew F. Leitman |
| v. | |
| **Ford Motor Company,** | |
| *Defendant/ Counter-Plaintiff.* | |

# FINAL JUDGMENT

Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc. (collectively, "Versata") asserted three claims against Defendant Ford Motor Company ("Ford") for breach of contract and four claims for misappropriation of trade secrets. Ford asserted one claim against Versata for breach of contract.

Based on the record in this case, including the Court's order granting Ford's post-trial Rule 50(b) motion for judgment as a matter of law, ECF No. 1054, as modified by ECF No. 1063, and the Court's order denying Versata's motion for a permanent injunction or, in the alternative, an ongoing royalty, ECF No. 1079, **IT**

**IS HEREBY ORDERED AND ADJUDGED** that final judgment is entered as follows:

- For Versata on its three claims for breach of contract, for which Versata shall recover from Ford nominal damages in the amount of $3;

- For Versata on its claims for misappropriation of the Grid, Buildability, and Workspaces combination trade secrets, for which Versata shall recover from Ford $0 in damages;

- Against Versata on its claim for misappropriation of the alleged MCA combination trade secret;

- Against Ford on its breach of contract claim; and

- Against Versata on its requested permanent injunction or, in the alternative, ongoing royalty.

**IT IS SO ORDERED.**

          KINIKIA ESSIX
          CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 15, 2023
Detroit, Michigan