UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Versata Software, Inc. f/k/a Trilogy Software, Inc., et al.,**

    *Plaintiffs/Counter-Defendants*,

v.

**Ford Motor Company,**

    *Defendant/Counter-Plaintiff.*

Case No. 15-cv-10628
*(consolidated with
  Case No. 15-cv-11264)*

Hon. Matthew F. Leitman

## ORDER FOR STAY OF TAXATION PROCEEDING PENDING APPEAL

Ford Motor Company ("Ford") and Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc. ("Versata") jointly prefer to postpone the Bill of Costs taxation proceeding until the conclusion of all appellate proceedings.

Based on this request, **IT IS HEREBY ORDERED AND ADJUDGED** that:

- The taxation proceeding in this matter is stayed pending the conclusion of all appellate proceedings;

- Counsel for both parties will notify this Court after the conclusion of all appellate proceedings that costs may now be taxed.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: December 13, 2023

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126