UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSATA SOFTWARE, Inc. et al.,

              Plaintiffs,

v.

FORD MOTOR COMPANY,

              Defendant.

Case No. 15-cv-10628
*(consolidated with Case No. 15-cv-11264)*

Hon. Matthew F. Leitman

_____/

## STIPULATION AND ORDER TO UNSEAL DOCUMENT

1.      On April 6, 2016, this Court entered the Stipulated Amended Protective Order at Dkt. 102 which governs the treatment of material designated by the parties as "CONFIDENTIAL", "CONFIDENTIAL-ATTORNEYS' EYES ONLY" or "CONFIDENTIAL SOURCE CODE" and instructs as to filing these documents under seal.

2.      On July 24, 2019, this Court entered ECF No. 678, Opinion and Order Granting (1) Ford Motor Company's Motion to Exclude the Declaration of Seth Krauss (ECF ## 568, 569), (2) Ford's Motion to Exclude the Supplemental Report and Testimony of Christopher Bokhart and Craig Elson (ECF ## 573, 574), (3) Ford's Motion to Exclude the Declaration of Dr. Sam Malek (ECF ## 578, 579), and

(4) Ford's Motion for Reconsideration (ECF # 594). ECF No. 678 was filed under seal.

3.       The matter is currently on appeal in the Federal Circuit with Plaintiffs-Appellants' appendix due on November 27, 2024.

4.       The parties agree there is no information in ECF No. 678 that needs to be filed under seal and request that the Court unseal ECF No. 678.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 26, 2024

Stipulated and agreed this 25th day of November 2024, by:

/s/ Jaye Quadrozzi

Dan K. Webb
Matthew R. Carter
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
DWebb@winston.com
MCarter@winston.com

Steven J. Mitby
Timothy Johnson
**MITBY PACHOLDER JOHNSON PPLC**
Telephone: (713) 234-1446
smitby@mitbylaw.com
tjohnson@mitbylaw.com

Jaye Quadrozzi (P71646)
**VARNUM LLP**
480 Pierce Street, Suite 300
Birmingham, MI 48009
Telephone: (248) 567-7800
quadrozzi@varnumlaw.com

Sharoon Saleem
**JONES & SPROSS, PLLC**
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732
Sharoon.saleem@jonesspross.com

**ATTORNEYS FOR PLAINTIFFS VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., AND TRILOGY, INC.**

/s/ Jessica L. Ellsworth

John S. LeRoy (P61964)
Thomas A. Lewry (P36399)
Christopher C. Smith (P73936)
Chanille Carswell (P53754)
Reza Roghani Esfahani (P83787)
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel.: 248-358-4400
Fax: 248-358-3351
jleroy@brookskushman.com
tlewry@brookskushman.com
csmith@brookskushman.com
ccarswell@brookskushman.com
resfahani@brookskushman.com

James P. Feeney (P13335)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304
Ph: 248-203-0841
jfeeney@dykema.com

Jessica L. Ellsworth (DC Bar # 484170)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
jessica.ellsworth@hoganlovells.com

**ATTORNEYS FOR DEFENDANT, FORD MOTOR COMPANY**