**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc.,**<br><br>*Plaintiffs/ Counter-Defendants*,<br>**v.**<br><br>**Ford Motor Company,**<br><br>*Defendant/ Counter-Plaintiff.* | Case No. 15-cv-10628-MFL-EAS<br>*(consolidated with Case No. 15-cv-11264)*<br><br>Hon. Matthew F. Leitman |

**ORDER STAYING TAXATION PROCEEDING**
**UNTIL ENTRY OF FINAL JUDGMENT ON ALL CLAIMS**

Ford Motor Company ("Ford") and Versata Software, Inc. f/k/a Trilogy Software, Inc., Versata Development Group, Inc. and Trilogy, Inc. ("Versata") jointly prefer to postpone the Bill of Costs taxation proceeding until final judgment is entered on all claims. Based on this request, **IT IS HEREBY ORDERED AND ADJUDGED** that the taxation proceeding in this matter is stayed pending the entry of final judgment on all claims.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126